**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                        CASE NO.  3:05-cr-108-J-32MMH

LOVARNSO A. WALKER

_____

## <u>ORDER</u>

This case is before the Court on Defendant's Amended First Motion to Suppress Results of Illegal Seizure and Search on July 30, 2004 (Doc. 21) and Defendant's Second Motion to Suppress Results of Illegal Seizure and Search on December 16, 2004 (Doc. 22). United States Magistrate Judge Marcia Morales Howard held an evidentiary hearing on Defendant's Amended First Motion to Suppress Results of Illegal Seizure and Search on July 30, 2004 (Doc. 21) and thereafter entered a Report and Recommendation recommending denial of the motion (Doc. 51). Defendant objected (Doc. 52) and the government responded to the objection (Doc. 57).

The Magistrate Judge also conducted an evidentiary hearing on Defendant's Second Motion to Suppress Results of Illegal Seizure and Search on December 16, 2004 (Doc. 22) and issued a Report and Recommendation (Doc. 56) recommending denial of the motion. No objections were filed.

Upon independent and <u>de novo</u> review of both motions, it is hereby

**ORDERED:**

1.      Defendant's Objection (Doc. 52) to the Report and Recommendation (Doc. 51) is **OVERRULED**.  The Report and Recommendation of the United States Magistrate Judge (Doc. 51) is **ADOPTED** as the opinion of the Court.   Defendant's Amended First Motion to Suppress Results of Illegal Seizure and Search on July 30, 2004 (Doc. 21)  is **DENIED**.

2.      The United States Magistrate Judge's Report and Recommendation (Doc. 56), to which no objection has been filed, is **ADOPTED** as the opinion of the Court.  Defendant's Second Motion to Suppress Results of Illegal Seizure and Search on December 16, 2004 (Doc. 22) is **DENIED**.

3.      A status conference is **scheduled** before the undersigned on **October 17, 2005 at 4:00 p.m.,** and **jury trial** is **scheduled** during the trial term commencing **November 1, 2005 at 9:00 a.m.** in the United States Courthouse, Courtroom No. 10B, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida.  The  trial term  begins on the first Monday of the

2

month and continues through the last day of the given month.

**DONE AND ORDERED** at Jacksonville, Florida, this ___5th___ day of October, 2005.


_____
TIMOTHY J. CORRIGAN
United States District Judge

Copies to:

Hon. Marcia Morales Howard
United States Magistrate Judge

Asst. U.S. Attorney (Moody)
Gayle S. Graziano, Esquire